# ALABAMA COURT OF CRIMINAL APPEALS



March 14, 2025

**CR-2024-0577**

Mason Logan Martinez v. State of Alabama (Appeal from Fayette Circuit Court: CC-21-313.60)

## NOTICE

You are hereby notified that on March 14, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk